IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. JEFFREY RYAN O'KEEFE, Defendant. | CR 21-34-BLG-SPW  FINAL ORDER OF FORFEITURE |

This matter comes before the Court on the United States' Unopposed Motion for Final Order of Forfeiture (Doc. 35). Having reviewed said motion, the Court FINDS:

1. The United States commenced this action pursuant to 18 U.S.C. § 924(d);

2. A Preliminary Order of Forfeiture was entered on December 10, 2021 (Doc. 32);

1

3. All known interested parties were provided an opportunity to respond and that publication has been effected as required by 18 U.S.C. § 982(b)(1) and 21 U.S.C. § 853(n)(1); and

4. It appears there is cause to issue a forfeiture order under 18 U.S.C. § 924(d).

It is therefore ORDERED, DECREED, AND ADJUDGED that:

1. The Motion for Final Order of Forfeiture (Doc. 35) is **GRANTED**;

2. Judgment of forfeiture of the following property shall enter in favor of the United States pursuant to 18 U.S.C. § 924(d), free from the claims of any other party:

- Ruger LC9S, 9mm caliber semi-automatic pistol (serial number 327-27013); and
- 5 rounds of assorted 9mm ammunition.

3. The United States shall have full and legal title to the forfeited property and may dispose of it in accordance with the law.

DATED this 1st day of March, 2022.

SUSAN P. WATTERS
United States District Court Judge